Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Plaintiff/Attorney*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. JAVITCH<br><br>                Plaintiff,<br><br>v.<br><br>WEB LISTING EXPERTS LLC, et. al.<br><br>                Defendants. | Case No.:  3:19-cv-05419-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

    Plaintiff MARK L. JAVITCH, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), gives notice that it hereby voluntarily dismisses all Defendants, without prejudice, with each side bearing its own costs and attorney's fees.  The dismissal shall convert to a dismissal with prejudice on March 6, 2020.

Dated: November 26, 2019

                                        Respectfully submitted,


                                        By:  /s/ Mark L. Javitch          .

1

3:19-cv-05419-SK

1
2
3
4
5

Mark L. Javitch (SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Plaintif/Attorney*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28